**Electronically Filed
Supreme Court
SCPW-22-0000123
21-MAR-2022
11:10 AM
Dkt. 6 ODDP**

SCPW-22-0000123

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

JUAN VIANEZ, Petitioner

vs.

CIRCUIT COURT OF THE FIRST CIRCUIT and
CITY AND COUNTY OF HONOLULU, Respondents.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of mandamus, filed on March 14, 2022, petitioner fails to demonstrate that he is entitled to the requested extraordinary relief from this court. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Therefore,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, March 21, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2